**JUDGE LEISURE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CANTONE & CO., INC..,                       :       07 CV _____

        Plaintiff,                          :       **FED. R. CIV. PRO. 7.1**
                                            :       **DISCLOSURE STATEMENT**
  - against -                              :
                                            :       07 CIV 6602
SEAFRIGO a/k//a SEAFRIGO MARESEILLE,        :

        Defendant.                          :
-----------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff, CANTONE & CO., INC., certifies upon information and belief that the it has no corporate parents(s) and also that there are no publicly held corporation(s) that owns 10% or more of its stock.

Dated: July 23, 2007
      New York, NY

                                          The Plaintiff,
                                          CANTONE & CO., INC.

                                          By: _____
                                          Kevin J. Lennon (KL 5072)
                                          Nancy R. Peterson (NP 2871)

                                          LENNON, MURPHY & LENNON, LLC
                                          The Gray Bar Building
                                          420 Lexington Ave., Suite 300
                                          New York, NY 10170
                                          Phone (212) 490-6050
                                          Fax (212) 490-6070
                                          kjl@lenmur.com
                                          nrp@lenmur.com