CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CANTONE & CO., INC.,                              :
                                                  :
                                                  :
                        Plaintiff,                :     **07-CV-6602 (PKL) (DCF)**
                                                  :
            v.                                    :
                                                  :     **NOTICE OF**
SEAFRIGO a/k/a SEAFRIGO MARESEILLE                :     **APPEARANCE**
                                                  :
                                                  :
                        Defendant.                :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       July 25, 2007

                                            CLARK, ATCHESON & REISERT
                                            Attorneys for Garnishee
                                            Societe Generale New York Branch


                       By: _____
                              Richard J. Reisert (RR-7118)
                              7800 River Road
                              North Bergen, NJ  07047
                              Tel: (201) 537-1200
                              Fax: (201) 537-1201
                              Email:  reisert@navlaw.com