9011/SHV

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    07 CV 6602 (PKL)

---

CANTONE & CO., INC.,

                Plaintiff,

- against -                                      **SEAFRIGO**
                                                 **RULE 7.1 STATEMENT**
SEAFRIGO a/k/a SEAFRIGO
MARSEILLE,

                Defendant.

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Seafrigo a/k/a Seafrigo Marseille certifies that upon information and belief this party has no corporate parents, subsidiaries, or affiliates which are publicly held.

Dated: New York, NY,
       August 24, 2007

                                            CICHANOWICZ, CALLAN, KEANE,
                                            VENGROW & TEXTOR, LLP
                                            Attorneys for Defendant
                                            SEAFRIGO MARSEILLE

                                            By: _____Stephen H. Vengrow_____
                                            Stephen H. Vengrow (SHV-3479)
                                            61 Broadway, Suite 3000
                                            New York, New York 10006-2802
                                            (212)344-7042