UNITED STATES DISTRICT COURT  07 CV 6602 (PKL)

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANTONE & CO., INC.,<br><br>                      Plaintiff,<br>- against -<br><br>SEAFRIGO a.k.a. SEAFRIGO MARSEILLE,<br>                      Defendants. | DEFENDANT'S NOTICE OF MOTION:<br>(1) TO VACATE PLAINTIFF'S RULE B ATTACHMENT, OR REDUCE THE AMOUNT AND SUBSTITUTE A BANK GUARANTEE; AND/OR<br>(2) TO DISMISS THE CASE ON THE BASIS OF A MANDATORY AND EXCLUSIVE FOREIGN FORUM SELECTION AGREEMENT. |

      The undersigned will move this Court before the Hon. Peter K. Leisure, U.S.D.J. at the Courthouse at 500 Pearl Street, New York, NY for an order:

    A.    Pursuant to Rules B and E of the Supplemental Rules for Admiralty and Maritime Claims:

          1.    Vacating plaintiff's attachment of defendant's assets on grounds that defendant could have been found in the adjacent District of New Jersey, and upon vacation, dismissing the claims against defendant for lack of personal jurisdiction; or

          2.    If the attachment is not vacated, reducing the amount of plaintiff's security and allowing defendant to substitute a French bank guarantee for the attached funds; and/or

    B.    If the claims against defendant are not dismissed as requested aforesaid, dismissing plaintiff's claims against defendant on grounds of a mandatory and exclusive French forum selection clause; and

    C.    For such other and further relief as to the Court may seem just and proper.

Your answering declarations and memoranda are required to be served and filed in accordance with Local Civil Rules 6.1 and 6.4, and the Court's Individual Rules of Practice, Section III.

Dated:     New York, NY          CICHANOWICZ CALLAN KEANE VENGROW
                                 & TEXTOR, LLP
           May 22, 2008          61 Broadway 3000, New York, NY 10006
                                 212-344-7042
                                 Attorneys for Defendant


                          By:    /s/ _____Stephen H. Vengrow_____
                                 STEPHEN H. VENGROW [SV-3479]