AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern District | DISTRICT OF | New York |
|---|---|---|

Cantone & Co., Inc.

v.

Seafrigo a/k/a Seafrigo Marseille

**APPEARANCE**

Case Number:   07 Civ. 6602 (PKL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Cantone & Co., Inc.

I certify that I am admitted to practice in this court.

| _June 20, 2008_ | _Anne C. LeVasseur_ |
|---|---|
| Date | Signature |

| Anne C. LeVasseur | AL3333 |
|---|---|
| Print Name | Bar Number |

Lennon, Murphy & Lennon,LLC,420 Lexington Ave, Ste300

Address

| New York | NY | 10170 |
|---|---|---|
| City | State | Zip Code |

| (212) 490-6050 | (212) 490-6070 |
|---|---|
| Phone Number | Fax Number |